IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LOUISE P. HOLLOWAY,<br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant. | Civil Action No. 3:09CV168 |

**ORDER**

The Defendant, Michael Astrue, Commissioner of the Social Security Administration, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings.

On remand, the Administrative Law Judge will proceed to step five of the sequential evaluation process and obtain supplemental vocational expert testimony, as to whether there are other jobs in the national economy that Plaintiff can perform based on her assessed limitations.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Signed: October 22, 2009

David S. Cayer
United States Magistrate Judge