# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Louise P. Holloway ,

    Plaintiff(s),

vs.

Michael J. Astrue ,
Commissioner of Social Security

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09CV168

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 22, 2009 Order.

Signed: October 22, 2009

Frank G. Johns, Clerk
United States District Court