IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LOUISE P. HOLLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:09CV168 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's "Motion for Attorney Fees Under the Equal Access to Justice Act" filed on January 19, 2010 (document #13). By Response filed on January 20, 2010, the Defendant advises that he does not oppose an award of legal fees in the amount of $4,453.80 provided that this is the only petition filed by Plaintiff in this case under 28 U.S.C. §2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Motion For Attorney Fees Under the Equal Access to Justice Act" (document #13) is **GRANTED**, to the extent that counsel for Plaintiff shall be paid the sum of $4,453.80 for attorney fees.

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order on counsel for the parties.

**SO ORDERED.**     Signed: January 20, 2010

David S. Cayer
United States Magistrate Judge